1   Alan A. Dressler  (State Bar No. 56916)
    633 Battery St., Suite 635
2   San Francisco, California  941111
    Fax:          (415) 788-6787
3   Telephone: (4l5) 421-7980

4   Attorney for Material Witness Tariq Mahmood

5

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA,         )    **No. CR -04-0292 PJH**
11                                    )
                Plaintiff,            )    **STIPULATION AND [~~proposed~~]**
12                                    )    **ORDER TO TAKE VIDEOTAPED**
                                      )    **DEPOSITION OF DETAINED**
13      vs.                           )    **MATERIAL WITNESS PURSUANT**
                                      )    **TO 18. U.S.C. § 1344 AND FED. R.**
14  ABDUL WAHEED ET AL.               )    **CRIM. P., R 15**
                                      )
15              Defendants.           )
                                      )
16  _____ )

17          Timothy Lucey, Assistant U.S. Attorney in Case No. CR -04-0292 PJH; Derek R.

18  Owens, Assistant U.S. Attorney in Case No.; Alan Dressler, Attorney for Material Witness

19  Tariq Mahmood in Case No.CR 3- 07-70079 MEJ ; and Michael Hinckley, Esq., Ann

20  Moorman, Esq., and Edward Swanson , Esq. attorneys for defendants Abdul Waheed, Yasmin

21  Ali, and Ashraf Ali, respectively, in Case No.CR 04-0292 PJH hereby stipulate and request

22  that this Court order that the videotaped deposition of Tariq Mahmood be taken on July, 27,

23  2007 at 1:00   p.m. based on the following:

24          1.  Mr. Tariq Mahmood is being detained  in Case No. CR 3-07-70079 MEJ as a

25  material witness against Abdul Waheed in the instant case.

26          2.  Mr. Tariq Mahmood cannot satisfy any reasonable conditions of release pursuant

27  to 18 U.S.C.§ 3142.

28          3.  A detained material witness who cannot satisfy reasonable conditions of release

Stipulation and Proposed Order Re Videotaped Deposition                                    1

1    pursuant to 18 U.S.C.§ 3142 is entitled to move the court for an order requiring that his

2    deposition be taken pursuant to Fed. R. Crim. P. 15 and 18 U.S.C. § 3144 if the testimony of

3    such witness can adequately be secured by deposition, and if further detention is not necessary

4    to prevent a failure of justice.

5         4.  The parties agree  that Mr. Tariq Mahmood has satisfied the requirements of Fed.

6    R. Crim. P. 15 and 18 U.S.C. § 3144 in that he cannot meet any reasonable conditions of

7    release, that his testimony can be adequately secured by deposition,  that further detention is

8    not necessary to prevent a failure of justice, and he is therefore entitled to have his videotaped

9    deposition taken.

10        5.  The parties agree that July 27, 2007 at 1:00 p.m. is available to all parties as a date

11   upon which Mr. Mahmood's deposition can be taken.

12        6.  Based on the foregoing the parties request the Court to order that Mr. Mahmood's

13   videotaped deposition be taken on July 27, 2007 at 1:00 p.m.

14

15   SO STIPULATED:

16

17   Dated: July 19, 2007                              /s/
                                                  Alan A. Dressler
18                                                Attorney for Material Witness
                                                  Tariq Mahmood
19

20   Dated: July 19, 2007                              /s/
                                                  Michael Hinckley
21                                                Attorney for Defendant
                                                  Abdul Waheed
22

23   Dated: July 19, 2007                              /s/
                                                  Ann Moorman
24                                                Attorney for Defendant
                                                  Yasmin Ali
25

26   Dated: July 19, 2007                              /s/
                                                  Edward Swanson
27                                                Attorney for Defendant
                                                  Ashraf Ali
28

1  Dated: July 19, 2007                            /s/
                                          Timothy Lucey
2                                         Assistant U.S. Attorney

3

4  Dated: July 19, 2007                            /s/
                                          Derek Owens
5                                         Assistant U.S. Attorney

6

7

8

9

10

11         Based on the above stipulation and good cause being shown IT IS HEREBY

12  ORDERED that the videotaped deposition of TARIQ MAHMOOD be taken on July 27, 2007

13  at 1:00 p.m.

14

15  Dated:   7/23/07

16                                                 IT IS SO ORDERED    CT COURT
                                                   PHYLLIS
                                                   Judge Phyllis J. Hamilton
17

18

19

20

21

22

23

24

25

26

27

28