UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR-04-0292 PJH and |
| ) | CR-04-0293 MHP |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION AND [~~PROPOS~~ED] |
| ) | ORDER PERMITTING TRAVEL |
| ASHRAF AND YASMIN ALI, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Timothy Lucey and defendant Yasmin Ali, through her counsel, Ann C. Moorman and Ashraf Ali, through his counsel Ed Swanson, that defendants Ashraf and Yasmin Ali shall be permitted to travel by air outside the Northern District of California to Vancouver, Canada, departing November 23, 2008 and returning to the Northern District on November 28, 2008. Defendants Ashraf and Yasmin Ali's Pretrial Services Officer Paul Mamaril has no objection to this request provided the Alis submit their travel itinerary to Mr. Mamaril prior to departure. The defendants acknowledge that should they not return to the District and report to Mr. Mamaril as directed, the security now posted with the Court as a condition of their pretrial release shall be forfeited to the United States.

///

///

Order Permitting Travel             1

This Stipulation and Order further provides that the Clerk of the Court shall return to Ahsraf Ali and Yasmin Ali or Ms. Moorman or Mr. Swanson, their respective passports to allow them to travel. The passports must be returned to the Clerk of the Court no later than December 5, 2008.

DATED: November 17, 2008      /s/   Timothy Lucey
                              TIMOTHY LUCEY
                              Assistant United States Attorney

DATED: November 17, 2008      /s/ Ann C. Moorman
                              ANN C. MOORMAN
                              Counsel for YASMIN ALI

DATED: November 17, 2008      /s/   Edward Swanson
                              EDWARD SWANSON
                              Counsel for ASHRAF ALI

IT IS HEREBY ORDERED that defendants Ashraf and Yasmin Ali shall be permitted to travel outside the Northern District of California, to Vancouver, Canada, from November 23, 2008 to November 28, 2008. The defendants shall travel by air and continue to comply with any and all reporting requirements of Pretrial Services while in Canada.

The Clerk of the Court is hereby directed to immediately return to Ashraf Ali or Yasmin Ali each passport posted with the Court as a condition of their pre-trial release. In the alternative, the passports may be returned to their attorneys Ann C. Moorman or Edward Swanson. Upon completion of the trip, the passports shall be returned to the Clerk of the Court on or before December 5, 2008.

.

DATED: November 19, 2008      _____
                              MAGISTRATE JUDGE EDWARD M. CHEN
                              UNITED STATES DISTRICT COURT



Order Permitting Travel