1   Edward W. Swanson SBN 159859
    SWANSON & McNAMARA LLP
2   300 Montgomery Street, Suite 1100
    San Francisco, California 94104
3   Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
4
    Attorneys for MIKE ALI
5

6

7                          UNITED STATES DISTRICT COURT

8                        NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,                 Case No. CR-04-0292 PJH
                                              Case No. CR-04-0293 MHP
                     Plaintiff,
11                                            **STIPULATION AND [PROPOSED]
            vs.                               ORDER RE ALLOCATION OF CASH
12                                            SECURITY**

13  ASHRAF ALI,
    YASMIN ALI,
14
                     Defendants.

15          Defendant Ashraf Ali, by and through Edward W. Swanson, Defendant Yasmin Ali, by and

16  through Ann Moorman, and the United States, by and through Assistant United States Attorney Timothy

17  Lucey, hereby stipulate and agree as follows:

18          1.      On November 24, 2009 the Court ordered that real property security previously posted in

19                  this matter be substituted with a cash deposit of $50,000.

20          2.      The parties agree that the cash security shall be allocated as follows:

21                  a.      $25,000 shall be applied as security in each case; and

22                  b.      the cash security shall be further divided equally between defendants Ashraf and

23                          Yasmin Ali, thereby each defendant shall personally secure $12,500 with the

24                          Clerk of the Court in each case.

25  \ \ \

26  \ \ \

27  \ \ \

28

1

IT IS SO STIPULATED.

2

3

Dated: January 19, 2010                                    _____/s/_____
                                                           EDWARD W. SWANSON
4                                                          Swanson & McNamara LLP
                                                           Attorney for Ashraf Ali
5

6

Dated: January 19, 2010                                    _____/s/_____
                                                           ANN C. MOORMAN
7                                                          Law Offices of Ann C. Moorman
                                                           Attorney for Yasmin Ali
8

9

Dated: January 19, 2010                                    _____/s/_____
                                                           TIMOTHY J. LUCEY
10                                                         Assistant United States Attorney

11

12        PURSUANT TO STIPULATION, IT IS SO ORDERED.

13      Dated:  January 25, 2010

14                                                         EDWARD M. CHEN
                                                           United States District Judge

15                                                         IT IS SO ORDERED

16

17                                                         Judge Edward M. Chen

18

19

20

21

22

23

24

25

26

27

28

2